

Rimkus Consulting Group, Inc.
2630 Elm Hill Pike, Suite 130
Nashville, Tennessee 37214
(888) 235-7423 Telephone
(615) 883-4118 Facsimile

# Supplemental Report

## ALVEY RESIDENCE FIRE CAUSE & ORIGIN
## Cause No: 5:17-CV-00023-TBA-LLK
## Heather Alvey vs. State Farm Fire and Casualty Company

### RCG File No:  47304291

### Prepared For:

### BOEHL, STOPHER & GRAVES, LLP.
### AEGON CENTER SUITE 2300
### 400 WEST MARKET STREET
### LOUISVILLE, KENTUCKY  40202-3354

### Attention:

### MR. DAVID KLAPHEKE

**Kevin Dunn, IAAI-CFI**
**Fire Consultant**

May 30, 2018

# TABLE OF CONTENTS

I.    Introduction ........................................................................... 1

II.   Conclusions ........................................................................... 2

III.  Discussion ............................................................................ 3

IV.   Basis of Report ..................................................................... 9

V.    Attachments ........................................................................ 10

      A. Photographs

      B. CV

# Section I
# INTRODUCTION

On May 18, 2018, an examination of a ceiling fan and related artifacts was conducted at the facilities of Unified Investigations and Sciences, Inc., which was located at 7311 Highway 329 in Crestwood, Kentucky. The subject artifacts had been collected on March 7, 2016, from a fire-damaged residence located at 315 Kennedy Road in Paducah, Kentucky.

Rimkus Consulting Group, Inc. was retained to participate in and document the examination of the ceiling fan and related artifacts. In the course of our work, we examined and documented the subject artifacts with measurements and digital photographs. Our work to complete this assignment was performed on May 18, 2018, by Fire Consultant Kevin Dunn, IAAI-CFI. This report was technically reviewed by David R. Meyers, IAAI-CFI (V) Eastern Region Fire Manager.

This report was prepared for the exclusive use of Boehl, Stopher & Graves, L.L.P. and was not intended for any other purpose. Our report was based on the information available to us at this time, as described in the **Basis of Report**. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

# Section II
# CONCLUSIONS

1. It was determined that the subject ceiling fan was manufactured by and/or branded as a "Reiker Room Conditioner". This was determined by the identification of a model number on the rear of the fan's remote control and the comparison of the subject fan to photographs and product specifications located on the company's website at www.fanheatlight.com.

2. It was determined that the subject ceiling fan was equipped with two internal heating elements, which when activated, would emit heat. The activation and temperature control for the heating elements, fan motor, and lighting fixture were controlled by a battery-operated wireless remote control.

3. It was determined that the subject ceiling fan was equipped with a lighting fixture. At the time of the fire, the lighting fixture was equipped with two lamps/light bulbs. One lamp/bulb was a FEIT Electric Double Life Soft White 75 watt incandescent bulb. The other was an unknown brand 13 watt compact fluorescent lamp/bulb.

4. Based upon the fire patterns present and the remaining physical evidence, damage that was consistent with the fire having originated at the electrical connections of the fan was not observed. These connections were where the fan's factory installed wiring connected to the residential branch circuit electrical conductors.

5. Based upon the fire patterns present and the remaining physical evidence, damage that was consistent with the fire having originated at the fan motor was not observed.

6. Based upon the fire patterns present and the remaining physical evidence, damage that was consistent with the fire having originated within the fan housing, where the heating elements and the impeller/blower were located, was not observed.

# Section III
# DISCUSSION

On May 18, 2018, a systematic examination of the subject fan and related artifacts was conducted. The examination of this fan was conducted by Mr. William Mers Kelly, P.E. with Unified Investigations and Sciences, Inc., Mr. Greg Gorbett with Fire Dynamics Analysts, and Mr. Kevin Dunn with Rimkus Consulting Group, Inc. All of the items examined had been collected by Mr. Bob Smith with Unified Investigations and Sciences, Inc. and had been retained by them since their collection. The following is a listing of the subject items and their evidence numbers as marked by Unified Investigations and Sciences, Inc.

Item 1. One gallon evidence can that contained fire debris. This item was not opened.

Item 2. One gallon evidence can that contained fire debris. This item was not opened.

Item 3. One gallon evidence can that contained fire debris. This item was not opened.

Item 4. One plastic zipper style bag that contained broken glass from the fan's globe.

Item 5. One gallon evidence can that contained broken glass from the fan's globe.

Item 6. The subject ceiling fan with attached lighting fixture. The two lamps/bulbs had been removed from the lighting fixture and placed into their own package.

Item 7. The fan's battery-operated wireless remote control.

Item 8. Two electrical switches contained in a metal "double-gang box".

Items 4 and 5 were removed from their packaging and visually examined. These items contained the broken fragments of the lighting fixture's glass globe. The fragments contained within Item 4 were marked as having been collected from the ottoman and floor **(Photograph 1)**.

The fragments contained with Item 5 were marked as having been transferred to Mr. Bob Smith from the Paducah Fire Department **(Photograph 2)**.    It was my understanding that these fragments had been removed from the fan's lighting fixture by the Paducah Fire Department.  The photographs that were previously obtained from the Paducah Fire Department depict these fragments still attached to the fan's lighting fixture at the time of their inspection.  I had previously inspected these fragments at the Paducah Fire Department and referred to them in our **Report of Findings** dated March 23, 2016.    These fragments contained a game piece/tile and foreign debris/film **(Photograph 3)**.    The foreign debris/film was visually consistent with a film and/or material that were present on the wooden blades of the fan.  A protected area of the fan blade, which was beneath the fan blade mounting bracket, still contained and exhibited a similar material **(Photograph 4)**.

Item 6, the subject ceiling fan, was removed from its packaging and visually examined **(Photographs 5 and 6)**.  As this examination progressed, components of the fan were removed and disassembled.  Due to the condition and construction of the fan, this examination was not destructive.   Specific markings or labels that identified the manufacturer, model, or serial number of the fan could not be identified.  There was evidence of labels having been present on the fan but these labels had sustained thermal/fire damage and were no longer legible.  Item 7, the battery-operated wireless remote control for the fan, was visually examined.  The rear of the remote control displayed "Model: Fan-15T FCC ID:  L3HFAN15T" **(Photographs 7 and 8)**.  An internet search of this information and the comparison of photographs discovered on the internet determined that the subject ceiling fan was manufactured by and/or branded as a "Reiker Room Conditioner".

The remote control was equipped with a digital screen.  At the time of the examination, the screen displayed "Desired Room Temperature 77 F" in the upper area of the screen.  It displayed "Actual Room Temperature 73 F" in the lower area of the screen.  The photographs taken at my inspection on March 7, 2016, inspection were later reviewed.

The remote control displayed "Desired Room Temperature 77 F" in the upper area of the screen.  It displayed "Actual Room Temperature 62 F" in the lower area of the screen.  The screen did not display any other information that indicated that the fan, heating elements, or lighting fixture was "on" or in operation.

The fan's factory installed electrical conductors were visually examined.  These conductors were still connected to the residential branch circuit electrical conductors from the subject residence.  The residential branch circuit electrical conductors had been severed at the time that the fan was collected.  Evidence was not observed that was consistent with the presence of adverse electrical activity or that the fire originated at these electrical connections.  The conductors had sustained smoke/thermal damage and their insulation was intact **(Photographs 9 and 10)**.

The electrical conductors that supplied electrical service to the lighting fixture were visually examined.  These conductors extended from the bottom of the fan motor housing and into the lighting fixture.  Evidence was not observed that was consistent with the presence of adverse electrical activity or that the fire originated at these electrical conductors/connections.  The conductors were free of smoke/thermal damage and their insulation was intact **(Photographs 11 through 13)**.

The mounting brackets for the fan's blades were individually removed and numbered 1 through 5.  Upon removing bracket number 1 and bracket number 2, a small amount of charred material was observed **(Photographs 14 through 16)**.  The area where these brackets mounted to the fan motor was above the lighting fixture as depicted in the following photograph taken on March 7, 2016 **(Photograph 17)**.

The fan's motor, which rotated the fan's blades, rotated freely.  A consensus was reached among the participants of the examination that the housing of the fan's motor would not be opened.  The motor did not exhibit evidence that was consistent with the fire having originated as a result of a seized motor.

During the visual examination of the fan, a melted white material was observed on top of the fan housing **(Photograph 18)**.  This material was similar in color and size to the

game piece/tile that was discovered to have been within the lighting fixture's globe.  The melted material had flowed downwards through a ventilation opening and into the upper section of the fan housing.  The melted material had come to rest against an interior black plastic component.  This black plastic component exhibited a white area of residue that corresponded with where the melted material had come to rest.

This area and the interior of the upper section of the fan housing are depicted in **Photographs 19 and 20**.  The interior of the upper section of the fan housing contained two heating elements, an impeller/blower, and two plastic encased compartments that contained the electronic controls for the fan.  This area did not exhibit evidence that was consistent with the fire having originated inside the upper section of the fan housing **(Photographs 19 and 20)**.

The impeller/blower was constructed of plastic and rotated freely.  Per the website www.fanheatlight.com, "Warm air is pulled into the heating chamber of the fan by an impeller motor".  Warm air is exhausted through the heating elements and into the living space".  The interior of the impeller/blower did not exhibit evidence of having pulled in smoke and/or soot or having exhausted smoke and/or soot through the heating elements.  The lack of smoke and/or soot deposits would be consistent with the impeller/blower and heating elements having not been in operation at the time of the fire **(Photograph 21)**.

The two heating elements, which were contained within the upper section of the fan housing, were visually examined.  Evidence of lint was present within both heating elements **(Photographs 22 and 23)**.  The exterior sides of these heating elements were protected by a mesh metal screen and a decorative cover.  These screens were photographed and the spacing of the metal mesh was referenced to a 1/32 ruler.  Lint was also present in the metal mesh screens **(Photographs 24 and 25)**.

Item 8, the two electrical switches, were removed from their packaging and visually examined.  The switches were then removed from their metal "double-gang box".  It was

determined that the switches were three-way switches **(Photograph 26)**.  The switches were checked for continuity and were discovered to be functional.

During the previous inspections of the subject residence, it was not known that these switches were three-way switches.  The only other exit to the family room was a rear door.  There had been a single-pole electrical switch, which was adjacent to the rear door that was suspected as having operated a lighting fixture that was located on the exterior of the residence outside the rear door from the family room.

In a scenario where the subject fan was being supplied with electrical service at the time of the fire, the remote control would have been necessary to turn "on" or "off" the fan, heaters, and lighting fixture.  The remote control did not exhibit evidence on its display that indicated the fan, heater, or lighting fixture was "on".

The two lamps/bulbs that had been in the lighting fixture were visually examined.  Both bulbs were intact and unbroken.  One lamp/bulb was a FEIT Electric Double Life Soft White 75 watt incandescent bulb.  The other was an unknown brand 13 watt compact fluorescent lamp/bulb **(Photographs 27 and 28)**.

The website www.fanheatlight.com was reviewed for information concerning the Reiker Room Conditioner.  The website advised that the Reiker Room Conditioner was currently sold out and that none were in production at this time.  Diagrams, which were located on the website, displayed the internal components of the fan and described how the heating components operated.  The website stated:

"Warm air is pulled into the heating chamber of the fan via a impeller motor.  Within 12 seconds, the heating elements warm the air to 230 degrees.  Warm air is exhausted through the heating elements and into the living space.  As the room warms up, heating elements turn off.  The remote control samples room temperature every 3 minutes, and will automatically maintain your optimum temperature by turning on/off heating elements as needed".

The diagrams depicted a model of the fan that contained two heating elements on each side of the fan.  The subject fan contained one heating element on each side of the fan **(Photographs 29 and 30)**.

A check was conducted through the Consumer Product Safety Commission (CPSC) for recalls that involved the Reiker Room Conditioner.  We did not discover any recalls that related to a potential cause of a fire that involved this appliance.

**Analysis**

It was determined that the subject ceiling fan was manufactured by and/or branded as a "Reiker Room Conditioner".  This was determined by the identification of a model number on the rear of the fan's remote control and the comparison of the subject fan to photographs and product specifications located on the company's website at www.fanheatlight.com.  It was determined that the subject ceiling fan was equipped with two internal heating elements, which when activated, would emit heat.  The activation and temperature control for the heating elements, fan motor, and lighting fixture were controlled by a battery-operated wireless remote control.  It was determined that the subject ceiling fan was equipped with a lighting fixture.  At the time of the fire, the lighting fixture was equipped with two lamps/light bulbs.  One lamp/bulb was a FEIT Electric Double Life Soft White 75 watt incandescent bulb.  The other was an unknown brand 13 watt compact fluorescent lamp/bulb.

Based upon the fire patterns present and the remaining physical evidence, damage that was consistent with the fire having originated at the electrical connections of the fan was not observed.  These connections were where the fan's factory installed wiring connected to the residential branch circuit electrical conductors.  Based upon the fire patterns present and the remaining physical evidence, damage that was consistent with the fire having originated at the fan motor was not observed.  Based upon the fire patterns present and the remaining physical evidence, damage that was consistent with the fire having originated within the fan housing, where the heating elements and the impeller/blower were located, was not observed.

## Section IV
## BASIS OF REPORT

1. On May 18, 2018, we participated in and documented an examination of the subject ceiling fan and related artifacts.

2. Subsequent review of the website www.fanheatlight.com.

3. While performing our investigation we employed the methodology of fire investigation using a systematic approach as recommended in the current edition of National Fire Protection Association's NFPA 921 – "Guide for Fire & Explosion Investigations".

## Section V
## ATTACHMENTS

A. Photographs

B. CV

**Section V**

**ATTACHMENT A**

# Photographs

Photographs taken during our inspection, which were not included in this report, were retained in our files and are available to you upon request.

**Photograph 1**
Overview of Item 4.



**Photograph 2**
Overview of Item 5



**Photograph 3**
Overview of the glass globe, foreign debris/film, and tile game piece.



**Photograph 4**
Overview of the consistent foreign debris/film beneath the fan blade mounting bracket.



**Photograph 5**
Overview of the subject ceiling fan.



**Photograph 6**
Overview of the subject ceiling fan.



**Photograph 7**
Overview of the battery-operated wireless remote control.



**Photograph 8**
Overview of the rear of the remote control.



**Photograph 9**
Overview of the fan's electrical conductors.



**Photograph 10**
Overview of the fan's electrical conductors.



**Photograph 11**
Overview of the lighting fixture's electrical conductors.



**Photograph 12**
Overview of the lighting fixture's electrical conductors.



**Photograph 13**
Overview of the lighting fixture's electrical conductors.



**Photograph 14**
Overview of the removed bracket number 1 and charred material.



**Photograph 15**
Overview of the charred material.



**Photograph 16**
Overview of the removed bracket number 2 and charred material.



**Photograph 17**
Overview of the subject fan prior to removal on March 7, 2016.



**Photograph 18**
Overview of the top of the fan housing and melted white material.



**Photograph 19**
Overview of the melted white material.



**Photograph 20**
Overview of the interior of the fan heating elements and impeller/blower area.



**Photograph 21**
Overview of the impeller/blower.



**Photograph 22**
Overview of a heating element as viewed from the interior of the fan housing.



**Photograph 23**
Overview of a heating element as viewed from the interior of the fan housing.



**Photograph 24**
Overview of the metal mesh screen that covered the exterior of the heating elements.



**Photograph 25**
Overview of the metal mesh spacing as referenced to a 1/32 ruler.



**Photograph 26**
Overview of the electrical switches.



**Photograph 27**
Overview of the incandescent lamp/bulb.



**Photograph 28**
Overview of the compact fluorescent lamp.



**Photograph 29**
Diagram obtained from www.fanheatlight.com.



**Photograph 30**
Diagram obtained from www.fanheatlight.com.



**Section V**

**ATTACHMENT B**

# CV





**KEVIN DUNN, C.F.I, C.F.E.I., C.V.F.I.**
**FIRE CONSULTANT**

Mr. Dunn is a Certified Fire Investigator (CFI) through the International Association of Arson Investigators. He is also a Certified Fire and Explosion Investigator (CFEI) and Certified Vehicle Fire Investigator (CVFI) through the National Association of Fire Investigators. He has also completed the Fire/Arson Investigation course at the National Fire Academy located in Emmitsburg, MD.

Mr. Dunn retired after a 20-year career with the Kentucky State Police. Nineteen of which was his assignment as an Arson Investigator at the Frankfort Post. He was responsible for conducting fire and arson investigations in the central Kentucky area, as well as anywhere within the state that his experience and specialized training was needed. His professional experience includes residential, commercial, and vehicle fire origin and cause investigations. He has specialized training in fatal fire investigation, interviewing techniques, wildland fire investigation, and crime scene processing.

Mr. Dunn was also a Kentucky certified law enforcement instructor and has experience conducting both classroom and live fire training.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

Certified Fire Investigator (CFI) – International Association of Arson Investigators, Inc.
Certified Fire and Explosion Investigator (CFEI) – National Association of Fire Investigators
Certified Vehicle Fire Investigator (CVFI) – National Association of Fire Investigators
Certified Law Enforcement Officer (Retired) – Commonwealth of Kentucky
Certified Law Enforcement Instructor (Retired) – Commonwealth of Kentucky
Certified as a Fire Investigator by the State of Indiana
Certified as a Fire Investigator by the State of West Virginia
Licensed Private Investigator in the State of Kentucky (#0836)
Licensed Private Investigator in the State of Ohio (#201311236805)
Licensed Private Investigator in the State of Tennessee (#7816)
Member of the International Association of Arson Investigators (IAAI)
Member of the International Association of Arson Investigators Kentucky Chapter
Member of the National Association of Fire Investigators (NAFI)

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2013 – Present | Rimkus Consulting Group, Inc. |
| 1993 – 2013 | Kentucky State Police |
| 1991 – 1993 | Hazard, KY Police Department |
| 1990 – 1993 | Hazard, KY Fire Department |

**KEVIN DUNN, C.F.I., C.F.E.I., C.V.F.I.**

**DETAILED PROFESSIONAL EXPERIENCE:**

**RIMKUS CONSULTING GROUP, INC.**                              **2013 – PRESENT**

Fire Consultant

Conducts on scene investigation and analysis of fire and explosion incidents including origin and cause determination.  Photographs and documents the scene, collects evidence, interviews witnesses, and prepares detailed written reports as to the conclusions and opinions of the incident.  Testifies in related court proceedings.

**KENTUCKY STATE POLICE**                                          **1994 – 2013**

Arson Investigator

Conducted fire, arson, and explosion investigations that included residential, commercial, and vehicular incidents.  This included determining the origin and cause of the fire and conducting the criminal investigation when required.  Conducted interviews, collected evidence, processed crime scenes, and made arrests.  Responsible for completing the written report and preparing the case for presentation to the prosecuting attorney.  Provided testimony in both criminal and civil court proceedings.

**KENTUCKY STATE POLICE**                                          **1993 – 1994**

Police Telecommunicator

Operated police radios, Kentucky's LINK/NCIC crime computer system, answered emergency telephone calls from the public and initiated the appropriate response.

**HAZARD, KY POLICE DEPARTMENT**                                  **1991 – 1993**

Police Communications Dispatcher

Operated police radios, Kentucky's LINK/NCIC crime computer system, answered emergency telephone calls from the public and initiated the appropriate response.

**HAZARD, KY FIRE DEPARTMENT**                                    **1990 – 1993**

Paid-on-Call Volunteer Firefighter

Trained in the use of and utilized firefighting techniques, fire apparatus, self-contained breathing apparatus, and vehicle extrication tools.

### KEVIN DUNN, C.F.I., C.F.E.I., C.V.F.I.

### SPECIALIZED TRAINING

June 2016
International Association of Arson Investigators
CFI Trainer Module
Investigating Natural Gas Systems

March 2016
International Association of Arson Investigators-Kentucky Chapter
Fire Pattern Progression and Analysis
Georgetown, KY

March 2015
International Association of Arson Investigators-Kentucky Chapter
Juvenile Fire Setting, Combining Fire Science with Circumstantial Evidence and Logic, Forensic Analysis, Arson Physical Evidence
Georgetown, KY

March 2014
International Association of Arson Investigators-Kentucky Chapter
Building and Fire Codes for the Fire Investigator, Fire Photographs, CV and Courtroom Testimony, NFPA-1033
Georgetown, KY

March 2013
International Association of Arson Investigators-Kentucky Chapter
Flashover and Ventilation Controlled Fires/Cooking Stove Fire Investigation
Georgetown, KY

February 2013
Department of Criminal Justice Training
Homeland Security In-Service
Richmond, KY

September 2012
Kentucky State Police Academy/Eastern Kentucky University
Arson Investigator In-Service
Frankfort & Richmond, KY

August 2012
Mountain Firefighters Association
Foam Fire Streams
Hazard, KY

March 2011
Kentucky State Police Academy
Arson Investigator In-Service
Frankfort, KY

March 2010
International Association of Arson Investigators-Kentucky Chapter
Interview/Interrogation, Scene Examination, Flashover
Georgetown, KY

**KEVIN DUNN, C.F.I., C.F.E.I., C.V.F.I.**

March 2010
Kentucky State Police Academy
Arson Investigator In-Service
Frankfort, KY

June 2009
Kentucky State Police Academy
Arson Investigator In-Service
Frankfort, KY

March 2009
International Association of Arson Investigators-Kentucky Chapter
Modular Home Fires
Georgetown, KY

March 2008
International Association of Arson Investigators-Kentucky Chapter
Modular Home Fires
Georgetown, KY

March 2007
Kentucky State Police Academy
Arson Investigator In-Service
Frankfort, KY

July 2008
Kentucky State Police Academy
Arson Investigator In-Service/Post Blast Investigation
Frankfort, KY

January 2007
Kentucky State Police Academy
Advanced Course on The Reid Technique of Interviewing and Interrogation
Frankfort, KY

January 2007
Kentucky State Police Academy
The Reid Technique of Interviewing and Interrogation
Frankfort, KY

February 2006
Kentucky State Police Academy
Homeland Security In-Service
Frankfort, KY

June 2005
Kentucky State Police Academy
Kinesic Interviewing and Interrogation Level I and II
Frankfort, KY

December 2003
Kentucky State Police Academy
Processing Electronic Crime Scenes
Frankfort, KY

**KEVIN DUNN, C.F.I., C.F.E.I., C.V.F.I.**

October 2003
National Advanced Fire, Arson and Explosion Investigation Science and Technology Program
Vehicle Fire, Arson, & Explosion Investigation Science & Technology Seminar
Richmond, KY

December 2002
Commonwealth of Kentucky
Department of Criminal Justice Training
Law Enforcement Instructor Development
Richmond, KY

March 2002
Federal Law Enforcement Training Center
National Wildfire Investigation Training Program
Glynco, GA

September 2001
Fatal Fire Homicide Investigation
Somerset, KY

June 2000
Department of Justice Office of Justice Programs
Academy of Counter-Terrorist Education Course
Law Enforcement Response to WMD Incidents: Awareness Level
Louisville, KY

May 2000
International Association of Arson Investigators-Kentucky Chapter
Specialized Arson Investigation
Somerset, KY

December 1999
Kentucky State Police Academy
Criminal Investigation In-Service
Frankfort, KY

January 1999
United States Fire Administration
National Fire Academy Fire & Arson Investigation Course
Emmitsburg, MD

March 1998
International Association of Arson Investigators-Kentucky Chapter
Mobile and Modular Home Fires
Radcliff, KY

March 1997
National Advanced Fire, Arson and Explosion Investigation Science and Technology Program
National Association of Fire Investigators/Eastern Kentucky University
Richmond, KY

**KEVIN DUNN, C.F.I., C.F.E.I., C.V.F.I.**

June 1996
Kentucky State Fire School
Arson Investigation III
Lexington, KY

February 1996
International Association of Arson Investigators-Kentucky Chapter
Electrical Fire Investigation
Louisville, KY

November 1995
Kentucky State Police Academy
Kinesic Interviewing and Interrogation Level I and II
Frankfort, KY

June 1995
Kentucky State Fire School
Arson Investigation II
Lexington, KY

September – December 1994
Commonwealth of Kentucky Department of Criminal Justice Training
Basic Training Police Academy, Class #234.

August 1994
International Association of Arson Investigators-Tennessee Chapter
Modern Techniques of Arson Investigation
Gatlinburg, TN

March 1991
Commonwealth of Kentucky
Commission on Fire Protections Personnel Standards and Education
Certified Volunteer Firefighter